# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-210-FDW

| | |
|---|---|
| **DERRICK D. BOGER,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>)<br>) **ORDER**<br>) |
| **ROY COOPER, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on its April 6, 2018, Order requiring Plaintiff to file an Amended Complaint. (Doc. No. 8). The Court warned Plaintiff that failing to file an Amended Complaint within 14 days would result in this case's dismissal without prejudice. (Doc. No. 8 at 6). Plaintiff has not filed an Amended Complaint and the time to do so has expired.

Plaintiff has failed to comply with the Court's April 6, 2018, by filing an Amended Complaint, Plaintiff appears to have abandoned this case, and the Court is unable proceed. This case is therefore dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 631-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to file an Amended Complaint pursuant to this Court's order dated April 6, 2018.

1

(2) The Clerk of this Court is directed to terminate this action.

Signed: May 11, 2018

Frank D. Whitney
Chief United States District Judge